06-22548.o5

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 06-22548-CIV-BROWN

THIS IS A CONSENT CASE

FANNIE BURKE,

    Plaintiff,

vs.

COSTA CROCIERE, S.p.A.,

    Defendant.

_____/

## ORDER RE: MOTION TO COMPEL

**This matter** is before this Court on Plaintiff's Motion to Compel the Defendant to Provide Better Responses to Plaintiff's Second Request for Production, filed August 14, 2007. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

    1. With regard to request 1, the motion to compel is **GRANTED**. The request is not too broad.

    2. With regard to request 2, the motion is **DENIED**, based on the response indicating no responsive documents.

    3. With regard to request 3, the documents shall be produced.

    4. With regard to request 4, the motion to compel is **GRANTED**. Admissibility is not the

1

test of discoverability.

5. With regard to request 5, the motion to compel is **GRANTED**. The response leaves much to be desired. In the first sentence of the response it says defendant has no responsive documents. In the second sentence it says "to the extent they may exist," they are irrelevant???

6. With regard to request 6, the motion to compel is **GRANTED**, limited to the exterior portions of the deck.

7. Defendant shall have through and including Wednesday, September 19, 2007, to serve its compliance with this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of September, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record